# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

In Re: )
) **JUDGE RICHARD L. SPEER**
Michael and Elizabeth McGarity )
) Case No. 09-3300
    Debtor(s) )
) (Related Case: 93-30636)
Michael and Elizabeth McGarity )
)
    Plaintiff(s) )
)
        v. )
)
Franklin Credit Management Corp. )
)
    Defendant(s) )

## DECISION AND ORDER

    On December 1, 2009, the Plaintiffs, Michael and Elizabeth McGarity, commenced this action against Franklin Credit Management Corp, asserting in their complaint two causes of action: (1) Contempt and Sanctions for Violation of the Discharge Injunction; and (2) a Violation of the Fair Debt Collection Practices Act. In their complaint, the Plaintiffs set forth a "demand that a jury be impaneled to hear all of their claims[.]"

    The Plaintiffs are debtors before the Court, having filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. Debtors, who voluntarily submit themselves to the equity jurisdiction of the bankruptcy court, have no right to have matters heard before a jury. *In re McLaren*, 3 F.3d 958, 960 (6th Cir.1993), *citing Granfinanciera v. Nordberg*, 492 U.S. 33, 109 S.Ct. 2782, 106 L.Ed.2d 26 (1989). *See also In re Glenn*, 359 B.R. 200 (Bankr. N.D.Ill. 2006) (creditor did not have right to jury trial on claim for money damages for violations of automatic stay). It is therefore

    **ORDERED** that the jury demand made by the Plaintiffs is hereby Stricken from their Complaint.

    Dated: December 4, 2009

                                          Richard L. Speer
                                          United States
                                          Bankruptcy Judge

# CERTIFICATE OF SERVICE

Copies were mailed this 4th day of December, 2009 to:


Franklin Credit Management Corp.
101 Hudson St. 25th Floor
Jersey City, NJ 07302

Elizabeth G. McGarity
543 Jacqueline Court
Holland, OH 43528

United States Trustee
Howard M. Metzenbaum U. S. Courthouse
201 Superior Avenue, East
Suite 441
Cleveland, OH 44114

Norman A Abood
Law Office of Norman Abood
203 Fort Industry Square
152 North Summit Street
Toledo, OH 43604-2304

Michael J. McGarity
543 Jacqueline Court
Holland, OH 43528

                                     /s/Dawn Serna-Gensch
                                   Deputy Clerk, U.S. Bankruptcy Court